Official Form 3
(12/03)

# United States Bankruptcy Court

_____Northern_____ District Of _____Illinois_____

In re _____AMY A. BARNES_____,          Case No. _____05- 76247

Debtor

Chapter ___13___

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ 194.00 in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 30.00 _____   Check one ☒ With the filing of the petition, or
                              ☐ On or before _____

   $ 54.67 _____ on or before _____

   $ 54.67 _____ on or before _____

   $ 54.66 _____ on or before _____

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  10-12-05            Amy A. Barnes            10-12-05
Signature of Attorney    Date               Signature of Debtor       Date
                                            (In a joint case, both spouses must sign.)
____JEFFRY A. DAHLBERG____
Name of Attorney

                                            _____
                                            Signature of Joint Debtor (if any)    Date